IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT RIGGS,                          )
                                       )     Civ. No. 06-3072-CO
          Plaintiff,                   )
                                       )
     v.                                )
                                       )
FERRELLGAS, INC.,                      )     **ORDER**
                                       )
          Defendant.                   )
_____)

**PANNER, District Judge:**

Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews legal principles de novo. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I adopt Judge Cooney's Findings and Recommendation.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#26)

1 - ORDER

is adopted.   Defendant's motion for summary judgment (#6) is

granted.

      IT IS SO ORDERED.

      DATED this ___29___ day of November, 2006.

                  OWEN M. PANNER
                  U.S. DISTRICT COURT JUDGE

2 - ORDER